UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT

08 JUN 19 PM 2: 51

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:08-cr-97-LJm-KPF |
| | ) |
| BRIAN D. HINDSON, | ) |
| | ) |
| Defendant. | ) |

**INFORMATION**

**Counts 1 - 8:  Sexual Exploitation of a Minor**
**18 U.S.C. §§ 2251(a) and (e)**

The United States Attorney charges that:

On or about the dates listed below in each separate Count, within the Southern District of

Indiana, Brian D. Hindson, the defendant herein, did use a minor, or attempt to use a minor, to

engage in sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, which visual depiction was produced using materials that had been mailed, shipped, and

transported in interstate and foreign commerce by any means, including a computer, or while

knowing and having reason to know that such visual depiction would be transported in interstate

or foreign commerce or mailed, or which visual depiction actually was transported in interstate

or foreign commerce or mailed, as follows:

| Count | Date of Offense | Minor |
|-------|-----------------|-------|
| 1 | Between in or about 2006 and in or about 2007 | Jane Doe 4 |
| 2 | Between in or about 1998 and in or about 1999 | Jane Doe 5 |
| 3 | Between in or about 2000 and in or about 2001 | Jane Doe 6 |
| 4 | Between in or about 2003 and in or about 2004 | Jane Doe 7 |
| 5 | Between in or about 2000 and in or about 2002 | Jane Doe 8 |
| 6 | Between in or about 2003 and in or about 2005 | Jane Doe 9 |
| 7 | Between in or about 2001 and in or about 2002 | Jane Doe 10 |
| 8 | Between in or about 2000 and in or about 2001 | Jane Doe 11 |

Each Count of which is a separate violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE ALLEGATIONS

The allegations in this Information are realleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of defendant Brian D. Hindson of one or more violations of Chapter 110, Title 18, United States Code, Sections 2251 and 2252 as set forth in Counts 1 through 8 of this Information, the defendant herein, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of any of the offenses set forth in the Information of which he is convicted. Such property includes, but is not limited to, the following specific items found in his possession on or about February 5, 2008:

A.     Mini Mac Computer

B.   Western Digital Hard Drive

C.   Video Cassette Tapes

D.   Lexar 1GB Thumb Drive

E.   Video cameras

F.   Computer storage media

G.   Two Apple Laptop computers

H.   Zip Drive

I.   One Apple Computer

J.   Computer monitors, keyboards and peripheral devices

K.   One cell phone

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney

STATE OF INDIANA     )
                       )    SS:
COUNTY OF MARION  )

      Steven D. DeBrota, being first duly sworn, upon his oath deposes and says that he is an

Assistant United States Attorney in and for the Southern District of Indiana, that he makes this

affidavit for and on behalf of the United States of America and that the allegations in the

foregoing Information are true as he is informed and verily believes.

Steven D. DeBrota
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this ⧸⧹4̲ℎ̲ day of ~~May,~~ June 2008.

Notary Public
Carrie A. Griffin

My Commission Expires:    1-21-2016

My County of Residence:    Hancock